Anton Ewing
3077 Clairemont Drive #372
San Diego, CA 92117
619-719-9640
anton@antonewing.com

Plaintiff In Pro Per

# THE UNITED STATES FEDERAL DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING, | Civil Case No. 16CV0967-BAS-NLS |
| Plaintiff, | |
| Vs. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Lend Mark Capital Group Inc., a New York corporation, Membar Inc., a New York corporation, Alex Kofman individual et al. DOES 1-100; ABC CORPORATIONS 1-100; XYZ, LLC's 1-100. | |
| Defendants | |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties hereby jointly dismissed with prejudice this civil action only against Defendants Lend Mark Capital Group Inc., a New York corporation, Membar Inc., a New York

JOINT STIPULATION TO DISMISS - 1

corporation, and Alex Kofman, an individual. All parties jointly stipulate to said dismissal.

The Court is respectfully requested to dismiss only the above named defendants. Plaintiff will herewith file a motion to amend the summons and complaint to exchange Doe 1 for Marc Palacios.

So stipulated this 11th day of June, 2016

_____
Anton Ewing, Pro Per
3077 B Clairemont Drive, Ste 372
San Diego, CA 92117

_____
Alex Kofman
401 Greenwich Street
New York, NY 10013

_____
Lend Mark Capital Group Inc.
401 Greenwich Street
New York, NY 10013

_____
Membar Inc.
401 Greenwich Street
New York, NY 10013