# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. Cynthia Bashant

| FROM: M. Lozano, Deputy Clerk | RECEIVED DATE: July 17, 2017 |
|---|---|
| CASE NO. 16cv0967-BAS-NLS | DOC FILED BY: Anton Ewing |
| CASE TITLE: Ewing v. Lend Mark Capital Group Inc. et al | |
| DOCUMENT ENTITLED: Notice of Motion/Motion to Dismiss | |

Upon the submission of the attached document(s), the following discrepancies are noted:

OTHER: Case Closed, all named parties dismissed per ECF dkt #9

Civ.L. Rule 7.1 or 47.1 - Date noticed for hearing not in compliance with rules / Documents are not timely;

Date Forwarded:   July 17, 2017

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☐ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☒ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate? ☐ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date:  August 2, 2017            CHAMBERS OF:  The Honorable Cynthia Bashant

cc: All Parties                  By: s/ Law Clerk